

FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0137

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0137

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MICHAEL ROBERT KOCH,

    Defendant and Appellant.

FILED

JUL 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Michael Robert Koch filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Koch was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised in Koch's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Koch personally.

DATED this 6 day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2